IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW SEIBEL, )
                )
        Plaintiff, )
                )
vs.             )    Case No. 09-CV-2158-KHV
                )
NORTHSTAR LOCATION )
SERVICE, LLC.,  )
                )
        Defendant. )

### STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff pursuant to F.R.Civ.P. 41 (a)(1)(A) and hereby stipulates with Defendant to dismissal of Plaintiff's claims with prejudice.

This stipulation of Dismissal includes dismissal with prejudice of all claims of the Plaintiff which have been or could have been asserted in this action.

###

Prepared and Approved by:

FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P.O. Box 949
Topeka, Kansas 66601-0949    (785) 232-7761


_s/ Justice B. King_
Justice B. King            #09009
**Attorney for Defendant**

T0381665.WPD;1

Mark Meinhardt
Attorney at Law
4707 College Blvd, Suite 100
Leawood, Kansas 66211


_s/ Mark Meinhardt_
Mark Meinhardt                              #20245
**Attorney for Plaintiff**